CSD 1331 [2/01/20]
Name, Address, Telephone No. & I.D. No.
**Maureen A. Enmark**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**
**619-260-1800**
**124857 CA**

## UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**John E. Donlon, Jr**

Debtor.

BANKRUPTCY NO. **22-03098-MM13**

## NOTICE OF PRE-CONFIRMATION MODIFICATION DATED  3/3/2023

## TO CHAPTER 13 PLAN DATED  11/25/2022

TO: **All Creditors and Interested Parties**

**You are hereby notified** that the Debtor(s) have contemporaneously filed a Pre-Confirmation Modification dated  **3/3/2023**  ("PCM") to the Chapter 13 Plan dated  **11/25/2022**  with this notice. Because Debtor(s) represent that the PCM will not adversely affect any party in interest, confirmation of the Chapter 13 Plan as so modified will be considered at the following time:

☑  If no objection to the Chapter 13 Plan is currently pending, the PCM will be considered at the § 341(a) Meeting of Creditors set for  **3/31/2023**  , at  **2:30** p.m., at  **Telephonic 341 hearing at  866-737-0422, Passcode 8579908#**, at which the sufficiency of the proposed modification will be considered. No further notice need be given.

☐  The hearing set for _____, at _____.m., in Department No. _____, Room _____, of the Jacob Weinberger United States Courthouse, on the objection(s) to confirmation already filed, located at 325 West F Street, San Diego, California 92101-6991 ("Court"). No further notice need be given.

**IF A PARTY CONTENDS THAT THE CHAPTER 13 PLAN AS MODIFIED AFFECTS ITS INTERESTS, IT MUST FILE AN OPPOSITION AND REQUEST A HEARING FROM THE COURTROOM DEPUTY CLERK.**

DATED: 3/6/2023                                            /s/ Maureen A. Enmark
                                                                              [Attorney for] Debtor


If modifying the Chapter 13 plan <u>after</u> confirmation per §1329, use Local Form CSD 1149.

**If modifying the Chapter 13 Plan in a manner that might adversely affect a party in interest, use Local Form CSD 1170.**

CSD 1331

CSD 1331 (Page 2) [2/01/20]

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __6th__ day of __March 2023__, I served a true copy of the within NOTICE OF PRE-CONFIRMATION MODIFICATION TO CHAPTER 13 PLAN AND PRE-CONFIRMATION MODIFICATION DATED 3/3/2023 TO CHAPTER 13 PLAN DATED 11/25/2023 on the following persons listed below by the mode of service shown below:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __3/6/2023__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐ Attorney for Debtor:

☐ For ODD numbered Chapter 13 cases:

THOMAS H. BILLINGSLEA, JR., TRUSTEE
Billingslea@thb.coxatwork.com

☑ For EVEN numbered Chapter 13 cases:

DAVID L. SKELTON, TRUSTEE
admin@ch13.sdcoxmail.com
dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail:**

On __3/6/2023__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

☐ Attorney for Debtor:   ☐ Debtor:

X   SEE ATTACHED SERVICE LIST

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on ____, I served the following parties by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor:   ☐ Debtor:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

CSD 1331

CSD 1331 (Page 3) [2/01/20]
Executed on  **March 6, 2023**

/s/ Maureen A. Enmark
**Maureen A. Enmark**
**Law Office of Maureen A. Enmark**
**501 W. Broadway, Suite 800**
**San Diego, CA 92101**

CSD 1331

SERVICE LIST
JOHN E. DONLON JR.
22-03098-MM13

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Freedom Road Financial
1515 W. 22nd Street Suite 100W
Oak Brook, IL 60523-2007

Greensky
PO Box 2730
Alpharetta, GA 30023-2730

JPMorgan Chase Bank, N.A.
C/O ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921

Monica Ritter
3440 Emmanuel Way
Alpine, CA 91901-3495

THD
5800 South Corporate Plaza
Sioux Falls, SD 57108-5027

Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306-3517

Christopher J. Cali
CJC Law Office
201 Solar Street
Syracuse, NY 13204-1425

FreedomRoad Financial c/o Wayfinder BK, LLC
PO Box 64090
Tucson, AZ 85728-4090

Greensky, LLC
3155 Royal Drive Suite 175
Alpharetta, GA 30022-2479

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz, Schneid,
& Crane LLP
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Robert Muir
110 W. A Street 625
San Diego, CA 92101-3703

Timothy Peterson
c/o Luiey Haddad, Equity Legal
600 W. Broadway, Suite 600
San Diego, CA 92101-3359

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-1629

Wells Fargo Home Mortgage
PO Box 10335
Des Moines, IA 50306-0335

(p)BANKERS HEALTHCARE GROUP LLC
ATTN BANKRUPTCY DEPT
201 SOLAR STREET
SYRACUSE NY 13204-1425

Citicards CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

GS Bank USA-General Motors
PO Box 70321
Philadelphia, PA 19176-0321

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Richard Hanson
c/o Luiey Haddad, Equity Legal
600 W. Broadway, Suite 600
San Diego, CA 92101-3359

(p)SOLAR MOSAIC LLC
601 12TH STREET STE 325
OAKLAND CA 94607-3886

Truist Bank/GS
1797 NE Expressway
Atlanta, GA 30329-7803

Wells Fargo Bank, N.A.
c/o ALDRIDGE PITE, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-7921