CSD 1330 [2/01/20]
Name, Address, Telephone No. & I.D. No.
Maureen A. Enmark, 124857
Law Office of Maureen A. Enmark
501 W. Broadway, Suite 800
San Diego, CA 92101
619-260-1800

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

John E. Donlon, Jr.

Debtor.

BANKRUPTCY NO. 22-03098-MM13

Date of Hearing:
Time of Hearing:
Name of Judge: Hon. Margaret M. Mann

PRE-CONFIRMATION MODIFICATION DATED   3/3/2023   TO CHAPTER 13 PLAN DATED   11/25/2022

1. ☐ Section 2.1 of the plan is amended to change the amount of the monthly payment required to $ _____ for _____ months starting _____.

2. ☐ Section 2.2 of the plan is amended to change the payment amount at different time periods as follows: $ _____ per _____ from _____ to _____.

3. ☐ Section 2.4 of the plan is amended to provide that Debtor(s) will change the obligation to turn over to the trustee all federal and state income tax refunds, other than earned income or childcare tax credits, received during the remainder of the plan term, as follows: _____

4. ☐ Section 3.1 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Collateral | Amount of arrearage | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage | Estimated total payments by Trustee |
|---|---|---|---|---|---|
| | | $ | % | $ | $ |
| | | $ | % | $ | $ |

5. ☐ Section 3.2.2 of the plan is amended as follows:

| Name of creditor with last 4 digits of account number | Amount of allowed secured claim | Interest rate as provided by law | Monthly payment to creditor | Estimated total monthly payments |
|---|---|---|---|---|
| | $ | % | $ | $ |
| | $ | % | $ | $ |

6. ☐ Section 3.4 of the plan is amended to provide for the surrender of the collateral [describe] _____ to the secured creditor [describe] _____

CSD 1330

Page 2 of 2

CSD 1330 [2/01/20]
PRE-CONFIRMATION MODIFICATION DATED: 3/3/2023  TO CHAPTER 13 PLAN DATED: 11/25/2022
DEBTOR: John E. Donlon Jr.                CASE NO.: 22-03098-MM13

7. ☐ Section 4.8 of the plan is amended to provide for payment of the priority/secured tax claim of tax claimant [describe] _____ in the amount of $ _____.

8. ☐ Section 5.2.1 of the plan is amended to estimate the payment to allowed nonpriority unsecured claims not separately classified to $ _____.

9. ☐ Section 5.2.2 of the plan is amended to require payments to allowed nonpriority unsecured claims in the the amount of $ _____. Interest as provided in Section 5.3 will be paid at the _____ % to the extent of available funds.

☐ Nonstandard additional provisions consistent with Part 9 are added to Part 9.

☒ If Debtor cashes out his paid time off rather than receiving it in lieu of salary when he takes time off work, Debtor will pay 60% of the gross payment received into the Plan as an additional payment. If Debtor receives paid time off payments in lieu of his regular salary payment, debtor will be entitled to retain the payments.

☒ Debtor will pay 60% of additional gross income from bonuses and profit-sharing payments into the plan as additional payments for the duration of the case.

Debtor will pay his federal and state refunds into the Plan as additional payments for the duration of the case.

Except as amended, the plan will remain in full force and effect. This amendment is not effective unless signed by the Chapter 13 Trustee/Trustee's Attorney and approved by court order.

Acknowledged and Agreed:

_/s/_____     Dated: 3/3/2023
Debtor or Debtor(s) Attorney
(By signing, attorney represents he/she is authorized to sign on behalf of client)

_____     Dated: _____
Joint Debtor (pro se)

_/s/_____     Dated: 3/3/2023
Chapter 13 Trustee/Trustee's Attorney

CSD 1330